In the Matter of the Application of ANDREW B. GILFILLAN
et al., Respondents, for a Peremptory Order of Man-
damus against WILLIAM J. BEYER et al., Constituting
the Board of Elections of the County of Erie.

JOHN P. SULLIVAN, as Chairman of the Democratic
County Committee of Erie County, et al., Appellants.

*Elections — peremptory mandamus to compel printing of names on
voting machines as candidates for office.*

*Matter of Gilfillan* v. *Beyer,* 212 App. Div. 855, affirmed.

(Argued February 3, 1925; decided March 3, 1925.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
January 15, 1925, which affirmed an order of Special
Term directing the board of elections of Erie county
to print the names of the petitioners upon the voting
machines to be used at the general election in the column
of the Progressive party as candidates for the office of
justice of the Supreme Court.

*Henry W. Killeen* for John P. Sullivan, as chairman,
etc., appellant.

*Lafay C. Wilkie* for Republican County Committee of
Erie County, appellant.

*Irving W. Cole* for respondents.

Order affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE,
ANDREWS and LEHMAN, JJ. Absent: McLAUGHLIN, J.

---

In the Matter of the Application of JOHN P. SULLIVAN,
as Chairman of the Democratic County Committee
of Erie County, Appellant.

WILLIAM J. BEYER et al., Constituting the Board of
Elections of Erie County, Respondents.

*Elections — voting machines — printing names of candidates.*

*Matter of Sullivan* v. *Beyer,* 212 App. Div. 848, affirmed.

(Argued February 3, 1925; decided March 3, 1925.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered

January 15, 1925, which affirmed an order of Special Term directing the board of elections of Erie county to provide the Progressive party, an independent body, with a separate line upon voting machines to be used in Erie county, at the election to be held November 4, 1924, and to place in such line the names of the candidates nominated by said Progressive party as candidates for office to be voted on at said election.

*Henry W. Killeen* and *John A. Kelly* for appellant.
*Robert C. Palmer* for respondents.

· Order affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: McLAUGHLIN, J.